ALBERT LIFSON & SONS, INCORPORATED, APPELLANT, v. NICHOLAS MELLO, RESPONDENT.

Submitted February 17, 1928—Decided May 14, 1928.

For the appellant, *Stamler & Koestler*.

For the respondent, *Salvatore F. LaCorte*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, KALISCH, BLACK, KATZENBACH, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 13.

*For reversal*—None.